FILED
2026 Feb-24 PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

United States of America
v.
GILBERT BARRETT

*Defendant(s)*

Case No. 26-79

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 17, 2026 in the county of Etowah in the Northern District of Alabama, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 844(e) | Making Threats by Mail or Telephone |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Kevon Whyte, Special Agent

*Printed name and title*

Telephonically sworn to before me and electronically signed on

Date: 02/24/2026

*Judge's signature*

City and state: Birmingham, Alabama

John H. England, III, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Kevon Whyte, being duly first sworn, depose and say:

1. I am a Special Agent with the U.S. Department of Homeland Security, Federal Protective Service (DHS-FPS). I have been employed in law enforcement since 2016. My experience includes service as a police officer in the State of Georgia, a Special Agent with the U.S. Department of the Treasury, and a Special Agent with the U.S. Army Criminal Investigation Division. I am currently assigned to DHS-FPS, where my duties include investigating threats against federal employees and violations occurring on or affecting federal property.

2. This affidavit is made in support of a criminal complaint against Gilbert BARRETT and sets forth the probable cause that BARRETT knowingly and willfully made a threat involving explosive materials, in violation of Title 18, United States Code, Section 844(e).

3. The information in this affidavit is based on my personal knowledge, interviews with witnesses, review of official records, recordings, electronic data, and other law enforcement information. This affidavit is intended to establish probable cause for the charged offense and does not include all facts known to the government.

4. BARRETT is currently a Social Security disability beneficiary. Per social security records, BARRETT's home address is in Gadsden,

Alabama. BARRETT's social security record is under partial administration garnishment to satisfy an outstanding child support enforcement obligation.

5. On or about February 17, 2026, BARRETT contacted the Social Security Administration (SSA) Gadsden Office and made a threat involving an explosive device. The threat was transmitted via interstate wire communication through the SSA Voice Over Internet Protocol, National Telephone Service, and was ultimately received by an employee at the SSA Gadsden Office.

6. On February 20, 2026, I reviewed the SSA Automated Incident Reporting System report and obtained a copy of the recorded call and transcript. I personally reviewed the audio recording of the threat.

7. During the recorded call, the caller identified himself as Gilbert BARRETT and provided a call back number ending in 2661, a number previously associated with BARRETT's Social Security Administration, Master Benefit Record.

8. BARRETT initially expressed disagreement with being subject to a garnishment. BARRETT then made statements that he would go down to the SSA and stick a pipe bomb in a car and blow it up.

9. Based on the explicit reference to the use of a pipe bomb and the transmission of the threat through interstate communications, there is probable cause to believe that BARRETT knowingly and willfully used an

instrument of commerce to make a threat to unlawfully damage or destroy a vehicle and property by means of an explosive, in violation of Title 18, United States Code, Section 844(e).

Kevon Whyte, Affiant
U.S. Department of Homeland Security
Federal Protective Service

Sworn to telephonically and subscribed electronically this the 24th day of February 2026.

John H. England, III
United States Magistrate Judge